# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VILLA ELECTRIC, INC., a California corporation, <br><br> Defendant. | 1:07-cv-01342 LJO GSA <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION <br><br> (Document 27) |

Plaintiffs Board of Trustees of IBEW Local Union No. 100 Pension Trust Fund, IBEW Local Union No. 100 Health and Welfare Trust Fund, Joint Electrical Industry Training Trust Fund, National Electrical Benefit Fund and Board of Trustees of IBEW District No. 9 Pension Plan Trust Fund (collectively "Plaintiffs") filed the instant action on September 14, 2007. On May 19, 2008, the Court issued Findings and Recommendation that Plaintiffs' motion for default judgment be granted. This Findings and Recommendation was served on all parties appearing in this action and contained notice that any objections were to be filed within fifteen (15) court days of the date of service of the order. Over fifteen (15) court days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the May 19, 2008 Findings and Recommendation;

2. GRANTS Plaintiffs default judgment;

3. AWARDS Plaintiffs principal in the amount of $9,818.27, interest in the amount of $664.41, costs in the amount of $350, and attorneys' fees in the amount of $1,356;

4. DIRECTS the clerk to enter judgment in favor of Plaintiffs and against defendant Villa Electric, Inc.; and

5. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:**   **June 12, 2008**                    /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE